1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   PHILLIP GILLES,                 )   Case No.  [CV 07-05251 DDP]
                                     )             CR 02-00627 DDP  ✓
12                  Plaintiff,       )
                                     )   ORDER GRANTING EX PARTE
13        v.                         )   APPLICATIONS
                                     )
14   UNITED STATES OF AMERICA,       )
                                     )
15                  Defendant.       )
     _____ )

16

17        The EX PARTE APPLICATION FOR ORDER FOR VACATE STATUS

18   CONFERENCE is GRANTED.

19        The EX PARTE APPLICATION FOR ORDER FOR DENYING

20   DEFENDANT-PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO 28

21   U.S.C. 2255, OR IN THE ALTERNATIVE, DISMISSING MOTION is GRANTED.

22        The MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. 2255, is

23   DENIED (DOCKET NUMBER 228).

24

25   IT IS SO ORDERED.

26   Dated: April 23, 2013                    _____
                                              DEAN D. PREGERSON
27                                            United States District Judge

28